1006

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD BELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00994-9, Vicki L. Hogan, J., entered October 5, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Worswick, J.

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER FLYNN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-06027-0, Bryan E. Chushcoff, J., entered October 9, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Worswick, J.

THE STATE OF WASHINGTON, *Respondent*, v. MAURICIO JACINTO-LEON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-00718-4, Richard L. Brosey, J. Pro Tem., entered April 15, 2010. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JEROLD B. MONAHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00133-9, David E. Foscue, J., entered August 2, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Van Deren, J.